136 F.3d 829
 329 U.S.App.D.C. 89, 28 Envtl. L. Rep. 20,395
 ANIMAL LEGAL DEFENSE FUND, INC., et al., Appellees
v.
NATIONAL ASSOCIATION FOR BIOMEDICAL RESEARCH, Appellant.
 Nos. 97-5009, 97-5031, 97-5074.
 United States Court of Appeals,
District of Columbia Circuit.
 March 10, 1998.
 
 Before EDWARDS, C.J.; WALD, SILBERMAN, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS, TATEL and GARLAND, Circuit Judges.
 
 
 1
 Prior report: 130 F.3d 464.
 
 ORDER
 PER CURIAM
 
 2
 Upon consideration of appellees' Suggestion For Rehearing In Banc, the responses thereto, and the vote by a majority of the judges of the court in regular active service in favor of the suggestion, it is
 
 
 3
 ORDERED that the suggestion be granted. These cases will be reheard by the court sitting in banc. The judgment filed herein on December 9, 1997 is hereby vacated. It is
 
 
 4
 FURTHER ORDERED that an order governing further proceedings will issue separately.